**No. 60638.**—Rambusch Decorating Co. and General Shipping & Trading Co. *v.* United States, protest 275735-K (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of wood figures similar in all material respects to those the subject of Abstract 58592, the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, APRIL 12, 1957

**No. 60639.**—Reynolds Fasteners, Inc. *v.* United States, protest 252345-K/6684 (Chicago).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of bolts of steel, imported without nuts or threads, the claim of the plaintiff was sustained.

**No. 60640.**—International Expediters, Inc. *v.* United States, protest 192343-K/4048 (Chicago).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of hairsprings, which would now be classified as parts of machines, the claim of the plaintiff was sustained.